No. 09-8528. Coy Wayne Wesbrook, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 1011, 130 S. Ct. 1889, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2573.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 585 F.3d 245.

No. 09-8529. William Walls, Petitioner v. Larry J. Philips.

559 U.S. 1011, 130 S. Ct. 1889, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2710.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-8530. Derrick Winston, Petitioner v. Derral G. Adams, Warden.

559 U.S. 1011, 130 S. Ct. 1889, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2691.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8533. Henry J. LaFavors, Petitioner v. Florida Department of Corrections.

559 U.S. 1011, 130 S. Ct. 1941, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2591,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8546. Dayne Racquim Boothe, Petitioner v. Florida.

559 U.S. 1011, 130 S. Ct. 1889, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2714.

March 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

No. 09-8550. Michelle R. Walker, Petitioner v. Michigan.

559 U.S. 1011, 130 S. Ct. 1890, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2689.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 09-8551. Lee Holden Parker, Petitioner v. Michael Randle, Director, Illinois Department of Corrections, et al.

559 U.S. 1011, 130 S. Ct. 1890, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2598.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-8555. Philip Bradford Thomas, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

559 U.S. 1011, 130 S. Ct. 1890, 176 L. Ed. 2d 373, 2010 U.S. LEXIS 2643.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.